# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James G. Connell, III | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:21-cv-000627 |
| The United States Central Intelligence Agency | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Attorney of the District of Columbia
$501 Third Street, NW
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James G. Connell, III
7604 Eden Wood Court
Bethesda, MD 20817

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/29/2021



Tawana Davis  Digitally signed by Tawana Davis
Date: 2021.03.29 11:18:16 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-000627

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney of D.C.
was received by me on *(date)* 29 March 2021

☒ I personally served the summons on the individual at *(place)* 501 3rd St, NW, 4th Floor Washington, D.C. 20001 on *(date)* 15 April 2021

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 15 April 2021

*Theodore Massey*
Server's signature

Theodore Massey
Printed name and title

1235 S. Clark St.
Arlington, VA 22204
Server's address

Additional information regarding attempted service, etc:
Received by Reginald D. Rowan

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| James G. Connell, III <br> *Plaintiff* <br><br> v. <br><br> The United States Central Intelligence Agency <br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 1:21-cv-000627 <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        U.S. Attorney General
        950 Pennsylvania Avenue, NW
        Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        James G. Connell, III
        7604 Eden Wood Court
        Bethesda, MD 20817

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 03/29/2021



Tawana Davis  Digitally signed by Tawana Davis
Date: 2021.03.29 11:14:16 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-000627

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney General
was received by me on *(date)* 29 March 2021

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified mail sent to:
950 Pennsylvania Ave., NW
Washington, D.C. 20530

My fees are $ 0 for travel and $ 7.00 for services, for a total of $ 7.00

I declare under penalty of perjury that this information is true.

Date: 15 April 2021

Theodore Massey
*Server's signature*

Theodore Massey
*Printed name and title*

1235 S. Clark St.
Arlington, VA 22202
*Server's address*

Additional information regarding attempted service, etc:
Delivered 8 April 2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

James G. Connell, III )
_____ )
*Plaintiff* )
)
v. ) Civil Action No. 1:21-cv-000627
The United States Central Intelligence Agency )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Central Intelligence Agency
Washington, D.C. 20505

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James G. Connell, III
7604 Eden Wood Court
Bethesda, MD 20817

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 03/29/2021

Tawana Davis Digitally signed by Tawana Davis
Date: 2021.03.29 11:12:08 -04'00'

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-000627

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **the Central Intelligence Agency**
was received by me on *(date)* **29 March 2021**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **Certified Mail sent to:**
**Central Intelligence Agency**
**Washington, D.C. 20505**

My fees are $ **0** for travel and $ **7.20** for services, for a total of $ **7.20**

I declare under penalty of perjury that this information is true.

Date: **15 April 2021**         *Theodore Massey*
                                      *Server's signature*

                                **Theodore Massey**
                                      *Printed name and title*
                                **1235 S. Clark St**
                                **Arlington, VA 22202**
                                      *Server's address*

Additional information regarding attempted service, etc:

**Delivered 7 April 2021**