UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 21-0627 (CRC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook as counsel of record for the Defendant in the above-captioned case.

Date: May 5, 2021
Washington, DC

Respectfully submitted,

/s/ *April Seabrook*
April Denise Seabrook, D.C. Bar #993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov

*Attorney for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that on the 5th day of May, 2021, I served the foregoing Notice of Appearance upon Plaintiff by causing a copy of this document to be sent via United States Postal Service, postage prepaid to the following address:

James G. Connell, III
7604 Eden Wood Court
Bethesda, MD 20817

                                         */s/ April Seabrook*
                                          APRIL SEABROOK
                                  Assistant United States Attorney