UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 21-0627 (CRC) |

**JOINT PROPOSED SCHEDULE**

Pursuant to the Court's Minute Order of May 18, 2021, Plaintiff, James G. Connell, III ("Plaintiff"), and Defendant, Central Intelligence Agency ("Defendant"), through counsel, conferred and respectfully submit the following joint proposed schedule to the Court.

| | **Due Date** |
|---|---|
| Defendant shall issue its final response to the FOIA request, including either (i) refusing to confirm or deny the existence of additional responsive records and/or (ii) making additional disclosures | July 15, 2021 |
| Plaintiff shall identify which withholdings, if any, that he requires more information about and/or is challenging | July 29, 2021 |
| Defendant shall produce a *Vaughn* index to Plaintiff | Sept. 1, 2021 |
| The parties shall file a Joint Status Report updating the Court and proposing a schedule for further proceedings | Sept. 15, 2021 |

Dated: May 28, 2021

/s/ *Jamies G. Connell, III*
JAMES G. CONNELL, III
Pro se
P.O. Box 141
Cabin John, MD 20817-0141
(703) 623-8410
jconnell@connell-law.com

Attorney for Plaintiff

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W., Washington, D.C. 20530
(202) 252-2525
April.Seabrook@usdoj.gov

Attorney for Defendant