IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

          Plaintiff,

v.

          Case No.: 1:21-cv-00627

THE UNITED STATES CENTRAL INTELLIGENCE
AGENCY

          Defendant.

## PLAINTIFF'S POSITION ON DISCLOSURES

As directed by the Court, Plaintiff, James G. Connell, III, submits his position on Central Intelligence Agency disclosures responsive to his Freedom of Information Act request.

## FACTS

1. On April 7, 2014, the United States Senate Select Committee on Intelligence (SSCI) submitted the Executive Summary of the SSCI's Study of the CIA's Detention and Interrogation Program to the President for declassification.

2. Following classification review by Original Classification Authorities, including CIA, on December 9, 2014, SSCI released a redacted version of the Executive Summary to the public. On page 160, the Executive Summary stated: "After the 14 CIA detainees arrived at the U.S. military base at Guantanamo Bay, they were housed in a separate building from other U.S. military detainees and remained under the operation control of the CIA." Footnote 977, citing to a single document, accompanied this sentence. The separate building is known as Camp VII.

3. On May 23, 2017, Mr. Connell requested from CIA under the Freedom of Information Act (FOIA) "any and all information that relates to such 'operational control' of the CIA over

Guantanamo Bay detainees including but not limited to the document cited in footnote 977" of the redacted Executive Summary.

4. On March 8, 2018, in response to a CIA request for greater specificity, Mr. Connell provided greater detail regarding the information he seeks.

5. On November 1, 2019, in the United States Military Commissions at Guantanamo Bay, a witness publicly identified at "Former Camp VII Commander" testified about the nature of operational control over Camp VII. Following classification review by CIA and other Original Classification Authorities, a portion of the testimony relating to operational control over Camp VII was released to the public.

6. On September 29, 2020, CIA provided one redacted document (believed to be the document cited in footnote 977) and otherwise claimed that the CIA could neither confirm nor deny the existence of additional documents pursuant to FOIA exemptions (b)(1) and (b)(3).

7. On December 16, 2020, Mr. Connell administratively appealed CIA's withholding of responsive documents.

8. On 8 March 2021, Mr. Connell filed a complaint with this Court, seeking the production of responsive documents.

9. On July 15, 2021, CIA provided a final response, releasing two documents (C06902570), fully withholding a third (C06833121), and refusing to confirm or deny the existence of other responsive documents.

**POSITION ON WITHHOLDINGS**

1. Mr. Connell accepts the redactions within the two documents released in part by the CIA (C06902570).

2. Mr. Connell objects to the complete withholding of document C06833121, and seeks the

production of reasonably segregable unclassified information contained in the document. Mr. Connell requests more information on why this document is fully withheld, and challenges the basis of this complete withholding under (b)(1), (b)(3), (b)(5), and (b)(6).

3. Mr. Connell objects to the CIA's response that it can neither confirm nor deny the existence of additional documents on the basis that the question of CIA operational control (or lack thereof) over Camp VII has already been declassified.

> Respectfully submitted,
>
> /s/
> James G. Connell, III

Dated: 29 July 2021