UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, )<br>)<br>   *Plaintiff*, )<br>)<br>   v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>   *Defendant*. )<br>) | Civil Action No. 21-0627 (CRC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of T. Anthony Quinn, Assistant United States Attorney, as co-counsel of record for Defendant.

Dated: August 8, 2021

                                              Respectfully Submitted,

                                              /s/ *T. ANTHONY QUINN*
                                              T. ANTHONY QUINN
                                              D.C. Bar No. 415-213
                                              Assistant United States Attorney
                                              Civil Division
                                              555 Fourth Street, NW
                                              Washington, D.C. 20530
                                              Phone: (202) 252-7558
                                              Tony.Quinn2@USDoJ.Gov

                                              Counsel for Defendants