UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

  *Plaintiff,*

  v.

CENTRAL INTELLIGENCE AGENCY,

  *Defendant.*

Civil Action No. 21-0627 (CRC)

**JOINT STATUS REPORT**

Plaintiff, James G. Connell, III, and Defendant, Central Intelligence Agency, respectfully submit the following joint Status Report.

On July 15, 2021 Defendant provided a final response to Plaintiff's FOIA request, providing two redacted documents, withholding in full a third, and refusing to confirm or deny the existence of additional responsive documents. On September 1, 2021, Defendant provided a *Vaughn* index for one document, identifying the exemptions for the withholding.

Plaintiff has represented to Defendant that (1) pending litigation in the United States Military Commission at Guantanamo Bay may result in the declassification of relevant documents; and (2) Plaintiff intends to request relief from a military commissions protective order to allow him to discuss relevant documents with properly cleared counsel for Defendant. Accordingly, Plaintiff and Defendant jointly request permission to file another Joint Status Report on December 15, 2001, to allow the military commission time to rule following the scheduled November 2021 military commission hearing.

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:     /s/
    T. ANTHONY QUINN
    D.C. Bar No. 415-213
    Assistant United States Attorney
    Civil Division
    555 Fourth Street, NW
    Washington, D.C. 20530
    Phone: (202) 252-7558
    Tony.Quinn2@USDoJ.Gov

JAMES G. CONNELL, III
*Pro se*
P.O. Box 141
Cabin John, MD 20817-0141
(703) 623-8410
jconnell@connell-law.com

Dated: September 15, 2021