UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, <br><br> *Plaintiff,* <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant.* | Civil Action No. 21-0627 (CRC) |

**JOINT STATUS REPORT**

Plaintiff, James G. Connell, III, and Defendant, Central Intelligence Agency, by and through its undersigned counsel, respectfully submit the following Joint Status Report.

1. On March 8, 2021, Plaintiff filed a Complaint pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's 23 May 2017 FOIA request related to operational control by Defendant over Guantanamo Bay detainees from 1 September 2006 to 31 January 2007. **See** ECF No. 1.

2. On May 17, 2021, Defendant filed its Answer, *see* ECF No. 5, and on June 1, 2021, the parties filed a Joint Status Report with a proposed schedule. *See* ECF No. 6.

3. On July 15, 2021, Defendant provided a final response to Plaintiff, releasing two documents (C06902570), fully withholding a third (C06833121), and refusing to confirm or deny the existence of other responsive documents. *See* ECF No. 7 at ¶ 9.

4. On July 29, 2021, Plaintiff filed his Position on Defendant's Disclosures. *Id.*

5. On September 1, 2021, Defendant provided a *Vaughn* index for one document, identifying the exemptions for the withholding.

6. On September 15, 2021, the parties filed a Joint Status Report, representing, *inter alia,* that Plaintiff has represented to Defendant that (1) pending litigation in the United States Military Commission at Guantanamo Bay may result in the declassification of relevant documents; and (2) Plaintiff intends to request relief from a military commissions protective order to allow him to discuss relevant documents with properly cleared counsel for Defendant. *See* ECF No. 9.

7. Plaintiff has moved the United States Military Commission at Guantanamo Bay for relief from the protective order, but the military commission has not yet acted on the motion.

8. Defendant is seeking to assure that a person with the appropriate security clearance is authorized to review Plaintiff's proposed representations.

*PROPOSED FURTHER PROCEEDINGS*

9. Plaintiff and Defendant jointly request permission to file another Joint Status Report on January 15, 2022.

Dated: December 15, 2021

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: */s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
555 Fourth Street, NW
Washington, D.C. 20530
Phone: (202) 252-7558
tony.quinn2@usdoj.gov
*Counsel for Defendant*

JAMES G. CONNELL, III
P.O. Box 141
Cabin John, MD 20817-0141
(703) 623-8410
jconnell@connell-law.com

*Plaintiff, Pro Se*