UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 21-0627 (CRC) |

**JOINT STATUS REPORT**

Plaintiff, James G. Connell, III, and Defendant, Central Intelligence Agency, by and through its undersigned counsel, respectfully submit the following Joint Status Report.

1. On March 8, 2021, Plaintiff filed a Complaint pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's 23 May 2017 FOIA request related to operational control by Defendant over Guantanamo Bay detainees from 1 September 2006 to 31 January 2007, "including but not limited to the document cited in footnote 977 [of the SSCI Executive Report]." *See* ECF No. 1.

2. On May 17, 2021, Defendant filed its Answer, *see* ECF No. 5, and on 1 June 2021, the Parties filed a Joint Status Report. *See* ECF No. 6.

3. On July 15, 2021, Defendant released two documents (C06902570), in segregable form, with redactions, and withheld one document (C06833121), in its entirety, pursuant to FOIA exemptions (b)(1), (b)(3), and (b)(5). Additionally, Defendant responded that, in accordance with section 3.6(a) of Executive Order 13526, as amended, Defendant can neither confirm nor deny the existence of records that may reveal a classified connection between the Agency and the subject of the FOIA request. *See* ECF No. 7 at ¶ 9.

4. On July 29, 2021, Plaintiff filed his Position on Defendant's Disclosures. *Id.*

5. On September 1, 2021, Defendant provided a *Vaughn* index for one document, identifying the exemptions for the withholding.

## ***PROPOSED FURTHER PROCEEDINGS***

6. Plaintiff and Defendant jointly propose the following schedule for briefing:

a. The Parties shall file any opening summary judgment briefs by 14 March 2022;
b. The Parties shall file any summary judgment opposition briefs by 14 April 2022;
c. The Parties shall file any summary judgment reply briefs by 13 May 2022.

7. Should issues arise earlier that necessitate the Court's intervention, the parties will file an Interim Status Report at that time.

Dated: 18 January 2022          Respectfully submitted,

JAMES G. CONNELL, III           MATTHEW M. GRAVES
P.O. Box 141                    D.C. Bar No. 481052
Cabin John, MD 20817-0141       United States Attorney
(703) 623-8410
jconnell@connell-law.com        BRIAN P. HUDAK
                                Acting Chief, Civil Division
*Plaintiff, Pro Se*

                          By:   /s/ T Anthony Quinn
                                T. ANTHONY QUINN
                                D.C. Bar No. 415213
                                Assistant United States Attorney
                                Civil Division
                                555 Fourth Street, NW
                                Washington, D.C. 20530
                                Phone: (202) 252-7558
                                tony.quinn2@usdoj.gov

                                *Counsel for Defendant*