UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

*Plaintiff*,

v.

U.S. CENTRAL INTELLIGENCE AGENCY,

*Defendant.*

Civil Action No. 21-0627 (CRC)

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME AND TO MODIFY REMAINDER OF BRIEFING SCHEDULE**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the U.S. Central Intelligence Agency ("CIA"), respectfully moves, through counsel, for an enlargement of time of fourteen (14) days for the parties to file their summary judgment briefing.

1. On January 18, 2022, the parties proposed a briefing schedule. *See* ECF No. 11.

2. Thereafter, on January 19, 2022, the Court entered a Minute Order. The January 19, 2022, Minute Order provided, in part:

   In light of 11 the parties' latest Joint Status Report, the following briefing schedule shall apply: Defendant's motion for summary judgment is due by 3/14/2022; Plaintiff's combined cross-motion for summary judgment and opposition to Defendant's motion is due by 4/14/2022; Defendant's combined reply in support of its motion and opposition to Plaintiff's cross-motion is due by 5/5/2022; Plaintiff's reply is due by 5/19/2022.

*See* January 19, 2022, Minute Order.

3. Defendant now moves to extend the times for filing the summary judgment motion, cross motion for summary judgment, oppositions, and replies, as set forth in the January 19, 2022, Minute Order by 14 days.

4. The undersigned Assistant United States Attorney needs additional time to complete his draft of the motion for summary judgment, and to have his draft reviewed by his supervisors. Due to the press of additional pending matters, the undersigned was unable to complete the briefing in time to be filed.

5. This is the Defendant's first request for extension of time relating to the briefing of the summary judgment motions. This motion is submitted in good faith and not for the purpose of delaying this case. This relatively brief extension of the briefing should not unduly prejudice the plaintiff.

6. In accordance with Local Civil Rule 7(m), undersigned counsel attempted to confer with Plaintiff, James G. Connell, III, Esquire, about this request for extension through an email sent on March 10, 2022. However, as of the time of this filing, the undersigned has not been able to determine Plaintiff's position on the proposed new briefing schedule.

7. The proposed new briefing schedule would be:

   a. Defendant's motion for summary judgment is due by 3/28/2022;

   b. Plaintiff's combined cross-motion for summary judgment and opposition to Defendant's motion is due by 4/28/2022;

   c. Defendant's combined reply in support of its motion and opposition to Plaintiff's cross-motion is due by 5/19/2022;

   d. Plaintiff's reply is due by 6/2/2022.

8. WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court enlarge the briefing schedule as proposed. A proposed order is attached.

//
//
//

Dated: March 11, 2022        Respectfully submitted,

        MATTHEW M. GRAVES
        D.C. Bar No. 481052
        United States Attorney

        BRIAN P. HUDAK
        Acting Chief, Civil Division


By: /s/ *T. Anthony Quinn*
    T. ANTHONY QUINN
    D.C. Bar No. 415213
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Telephone: 202-252-7558
    Tony.Quinn2@usdoj.gov

    COUNSEL FOR DEFENDANT