UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

*Plaintiff,*

v.

U.S. CENTRAL INTELLIGENCE AGENCY,

*Defendant.*

Civil Action No. 21-0627 (CRC)

## [PROPOSED] ORDER

Upon consideration of the Defendant's Motion for Enlargement of Time and to Modify

Remaining Briefing Schedule, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**. It is

**FURTHER ORDERED** that:

a.    Defendant's motion for summary judgment is due by **3/28/2022;**

b.    Plaintiff's combined cross-motion for summary judgment and opposition to Defendant's motion is due by **4/28/2022;**

c.    Defendant's combined reply in support of its motion and opposition to Plaintiff's cross-motion is due by **5/19/2022;**

d.    Plaintiff's reply is due by **6/2/2022.**

**SO ORDERED** this _____ day of _____, 2022.

_____
**CHRISTOPHER R. COOPER**
UNITED STATES DISTRICT JUDGE