UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 21-0627 (CRC) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, the Central Intelligence Agency ("CIA"), by and through undersigned counsel, hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56.

There exists no genuine issue of material fact that precludes judgment in the Defendant's favor as a matter of law in this Freedom of Information Act case. In support of its Motion, the Defendant refers this Court to the accompanying Memorandum of Point and Authorities, Statement of Material Facts as to Which There is no Genuine Dispute, Declaration of Vanna Blaine, *Vaughn* Index, and the attached exhibits. A proposed Order is attached.

//
//
//
//
//
//
//
//

Dated: March 28, 2022					Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7558
Tony.Quinn2@usdoj.gov

*Counsel for Defendant*