UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendants.* | Civil Action No. 21-0627 (CRC) |

### [PROPOSED] ORDER

Upon consideration of the Defendant's Motion for Summary Judgement, the entire record in this matter, and for good cause shown, it is hereby:

**ORDERED** that the Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of Defendant.

Dated this ___ day of _____, 2022.

_____
**CHRISTOPHER R. COOPER**
UNITED STATES DISTRICT JUDGE