

# CONNELL LAW, L.L.C.
P.O. BOX 141
CABIN JOHN, MD 20818
(703) 588-0407

Informational and Privacy Coordinator
Central Intelligence Agency  23 May 2017
Washington, DC 20505

*F-2017- 01877*

Dear FOIA Officer,

This is a request under the Freedom of Information Act.

**Description of request:** In the Report: "Senate Select Committee on Intelligence: Committee Study of the Central Intelligence Agency's Detention and Interrogation Program" reads on page 160:

"After the 14 CIA detainees arrived at the U.S. military base at Guantanamo Bay, they were housed in a separate building from other U.S. military detainees and remained under the operational control of the CIA." [*Footnote 977* - CIA Background Memo for CIA Director Visit to Guantanamo, December █, 2006, entitled Guantanamo Bay High-Value Detainee Detention Facility].

I request for any and all information that relates to such "operational control" of the CIA over Guantanamo Bay detainees including but not limited to the document cited in the footnote 977.

I am willing to pay up to $100 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request.

I am seeking information for personal use and not for commercial use.

Thank you,

James G. Connell III
Attorney
P.O. Box 141 Cabin John, MD 20818 USA
(703) 588-0407
jconnell@connell-law.com

Attachment: Page 160 of SSCI report

significant inaccurate statements, especially regarding the significance of information acquired from CIA detainees and the effectiveness of the CIA's interrogation techniques.[974]

(U) In the speech, the president announced the transfer of 14 detainees to Department of Defense custody at Guantanamo Bay and the submission to Congress of proposed legislation on military commissions.[975] As all other detainees in the CIA's custody had been transferred to other nations, the CIA had no detainees in its custody at the time of the speech.[976]

### 2. The International Committee of the Red Cross (ICRC) Gains Access to CIA Detainees After Their Transfer to U.S. Military Custody in September 2006

(TS// //NF) After the 14 CIA detainees arrived at the U.S. military base at Guantanamo Bay, they were housed in a separate building from other U.S. military detainees and remained under the operational control of the CIA.[977] In October 2006, the 14 detainees were allowed meetings with the ICRC and described in detail similar stories regarding their detention, treatment, and interrogation while in CIA custody. The ICRC provided information on these claims to the CIA.[978] Acting CIA General Counsel John Rizzo emailed the CIA director and other CIA senior leaders, following a November 8, 2006, meeting with the ICRC, stating:

> "[a]s described to us, albeit in summary form, what the detainees allege actually does not sound that far removed from the reality… the ICRC, for its part, seems to find their stories largely credible, having put much stock in the fact that the story each detainee has told about his transfer, treatment and conditions of confinement was basically consistent, even though they had been incommunicado with each other throughout their detention by us."[979]

(TS// //NF) In February 2007 the ICRC transmitted to the CIA its final report on the "Treatment of Fourteen 'High Value Detainees' in CIA Custody." The ICRC report concluded that "the ICRC clearly considers that the allegations of the fourteen include descriptions of treatment and interrogation techniques - singly or in combination - that amounted to torture and/or cruel, inhuman or degrading treatment."[980] Notwithstanding Rizzo's comments, the CIA disagreed with a number of the ICRC's findings, provided rebuttals to the ICRC in

---

[974] See Volume I and Volume II for additional information.
[975] September 6, 2006, The White House, President Discusses Creation of Military Commissions to Try Suspected Terrorists.
[976] See Volume III for additional information.
[977] CIA Background Memo for CIA Director visit to Guantanamo, December ▌, 2006, entitled Guantanamo Bay High-Value Detainee Detention Facility.
[978] Email from: ▌, CTC/LGL; to: John Rizzo, ▌, [REDACTED], ▌, [REDACTED], [REDACTED], [REDACTED], ▌, [REDACTED], [REDACTED]; cc: ▌; subject: 8 November 2006 Meeting with ICRC reps; date: November 9, 2006, at 12:25 PM.
[979] Email from: John A. Rizzo; to: Michael V. Hayden, Stephen R. Kappes, Michael J. Morell; cc: ▌, [REDACTED]; subject: Fw: 8 November 2006 Meeting with ICRC Reps; date: November 9, 2006, at 12:25 PM.
[980] February 14, 2007, Letter to John Rizzo, Acting General Counsel, from ▌, International Committee of the Red Cross, ▌

Connell Lavv
PO Box [illegible]
Cabin John, MD
20818

Information & Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

CERTIFIED MAIL

7014 2710 0000 0340 2552

Hand Opened
JUN 05 2017
and Inspected

INSPECTED
JUN 0 5 REC'D