

Central Intelligence Agency

Washington, D.C. 20505

24 October 2017

James G. Connell III, Esq.
Connell Law, L.L.C.
P.O. Box 141
Cabin John, MD  20818

Reference:  F-2017-01877

Dear Mr. Connell:

On 7 June 2017, the office of the Information and Privacy Coordinator received your 23 May 2017 Freedom of Information Act request **for any and all information that relates to such "operational control" of the CIA over Guantanamo Bay detainees including but not limited to the document cited in the footnote 977 [from the Senate Select Committee on Intelligence:  Committee Study of the Central Intelligence Agency's Detention and Interrogation Program report].**

Our officers will review your request and will advise you should they encounter any problems or if they cannot begin the search without additional information.  We have assigned your request the reference number above.  Please use this number when corresponding so that we can identify it easily.  In accordance with our regulations, as a matter of administrative discretion, there is no charge for processing your request.  Unless you object, we will limit our search to CIA-originated records up to and including the date the Agency begins the search.

Sincerely,

Allison Fong
Information and Privacy Coordinator