

Central Intelligence Agency

Washington, D.C. 20505

8 February 2018

James G. Connell III, Esq.
Connell Law, L.L.C.
P.O. Box 141
Cabin John, MD  20818

Reference:  F-2017-01877

Dear Mr. Connell:

This is further to our 24 October 2017 letter regarding your 23 May 2017 Freedom of Information Act (FOIA) request for **any and all information that relates to such "operational control" of the CIA over Guantanamo Bay detainees including but not limited to the document cited in the footnote 977 [from the Senate Select Committee on Intelligence: Committee Study of the Central Intelligence Agency's Detention and Interrogation Program report].**

Your request as written is quite broad and cannot be searched as it lacks specificity.  As set forth in the FOIA, a proper FOIA request must "reasonably describe" the records sought.  Pursuant to CIA's FOIA regulations, set forth at 32 CFR Part 1900, "reasonably described" means that the records must be described sufficiently to enable professional employees familiar with the subject matter to locate responsive information with a reasonable amount of effort.

Therefore, we are reaching out for clarification regarding the scope of your request in order to understand what information you are trying to obtain.  We need you to provide more details about the specifics of your request in order to assist us in understanding your request to help us in our search efforts.  It would be most helpful if you could provide the aspects of operational control that interest you, as well as a specific a period of time you would like us to search.  We will hold your request in abeyance for 45 days from the date of this letter pending your response.

Sincerely,

Allison Fong
Information and Privacy Coordinator