8 March 2018

Allison Fong
Information and Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

MAR 1 9 2018

Reference: F-2017-01877

Dear Ms. Fong:

Thank you for your letter dated 8 February 2018.

In your letter, you ask for a specific period of time. The specific period of time in which I am interested is 1 September 2006 to 31 January 2007.

In your letter, you ask for "the aspects of operational control that interest" me. In summary, I am seeking to determine what "operational control" means. By way of example and not limitation, please find following a list of possible topics. Please note that by listing these topics, I am not implying that responsive information actually exists, only that I would be interested in information if it did exist.

(1) Whether CIA "operational control" included only Camp 7 or extended to other facilities such as Echo 2;
(2) What organization had decision-making authority over Camp 7;
(3) Whether CIA "operational control" ended before or after 31 January 2007;
(4) Whether the "operational control" involved CIA personnel, whether employees or contractors;
(5) Any detainee records maintained by the CIA during the period of "operational control," such as Detainee Inmate Management System records or the equivalent;
(6) How other agencies would obtain access to detainees during the period of "operational control, such as a Memorandum of Understanding with the Federal Bureau of Investigation or Criminal Investigative Task Force;
(7) How the facilities transitioned from CIA "operational control" to DOD "operational control."

The document cited at footnote 977 of the SSCI report, which I specifically requested, is "CIA Background Memo for CIA Director visit to Guantanamo, December 2006, entitled Guantanamo Bay High-Value Detainee Detention Facility." I am already aware of Document 6541712, the Memorandum of Understanding between the Department of Defense and the CIA regarding detention at Guantanamo Bay.

Please provide the responsive documents at your earliest convenience.

Best regards,

James G. Connell, III

James F. Connell
Connell Law
P.O. Box 141
Cabin John, MD
20818

7017 1450 0001 9677 8841

Hand Opened
MAR 16 2018
and Inspected

Allison Fahy
Information & Privacy Coordinator
Central Intelligence Agency
Washington, DC 20505

...ECTED
MAR 16 REC'D

20505—



7017 1450 0001 9677 8841