

Central Intelligence Agency

Washington, D.C. 20505

4 May 2018

James G. Connell III, Esq.
Connell Law, L.L.C.
P.O. Box 141
Cabin John, MD  20818

Reference:  F-2017-01877

Dear Mr. Connell:

This acknowledges receipt of your 8 March 2018 letter, received in the office of the Information and Privacy Coordinator on 19 March 2018, in response to our 8 February 2018 letter concerning your 23 May 2017 Freedom of Information Act request for **any and all information that relates to such "operational control" of the CIA over Guantanamo Bay detainees including but not limited to the document cited in the footnote 977 [from the Senate Select Committee on Intelligence: Committee Study of the Central Intelligence Agency's Detention and Interrogation Program report].**  We advised you in our 8 February 2018 letter that your request as written is broad and cannot be searched as it lacks specificity.  You are now seeking to determine what "operational control" means.  By way of example and not limitation, you refer to a list of the following topics.  You ask us to note that by listing these topics, you are not implying that responsive information actually exists, only that you would be interested in information if it did exist.  You have amended your request to cover the date range from 1 September 2006 to 31 January 2007 for documents on the following subjects:

1. **Whether CIA "operational control" included only Camp 7 or extended to other facilities such as Echo 2;**

2. **What organization had decision-making authority over Camp 7;**

3. **Whether CIA "operational control" ended before or after 31 January 2007;**

4. **Whether the "operational control" involved CIA personnel, whether employees or contractors;**

5. **Any detainee records maintained by the CIA during the period of "operational control," such as Detainee Inmate Management System records or the equivalent;**

6. **How other agencies would obtain access to detainees during the period of "operational control, such as a Memorandum of Understanding with the Federal Bureau of Investigation or Criminal Investigative Task Force";**

7. **How the facilities transitioned from CIA "operational control" to DOD "operational control."**

You advise that the document cited at footnote 977 of the SSCI report, which you specifically requested, is "CIA Background Memo for CIA Director visit to Guantanamo, December 2006, entitled Guantanamo Bay High-Value Detainee Detention Facility." [You] are already aware of Document 6541712, the Memorandum of Understanding between the Department of Defense and the CIA regarding detention at Guantanamo Bay.

Our officers will continue to review your request and will advise you should they encounter any problems or if they cannot begin the search without additional information. In accordance with our regulations, as a matter of administrative discretion, the Agency has waived the fees for this request. Unless you object, we will limit our search to CIA-originated records up to and including the date the Agency begins the search.

Sincerely,

Allison Fong
Information and Privacy Coordinator