Central Intelligence Agency

Washington, D.C. 20505

29 September 2020

James G. Connell III, Esq.
Connell Law, L.L.C.
P.O. Box 141
Cabin John, MD  20818

Reference:  F-2017-01877

Dear Mr. Connell:

This letter is a final response to your 23 May 2017 Freedom of Information Act request for **any and all information that relates to such "operational control" of the CIA over Guantanamo Bay detainees including but not limited to the document cited in the footnote 977 [from the Senate Select Committee on Intelligence: Committee Study of the Central Intelligence Agency's Detention and Interrogation Program report].**   On 8 March 2018 you have amended your request to cover the date range from 1 September 2006 to
31 January 2007 for documents on the following subjects:

1. **Whether CIA "operational control" included only Camp 7 or extended to other facilities such as Echo 2;**
2. **What organization had decision-making authority over Camp 7;**
3. **Whether CIA "operational control" ended before or after 31 January 2007;**
4. **Whether the "operational control" involved CIA personnel, whether employees or contractors;**
5. **Any detainee records maintained by the CIA during the period of "operational control," such as Detainee Inmate Management System records or the equivalent;**
6. **How other agencies would obtain access to detainees during the period of "operational control, such as a Memorandum of Understanding with the Federal Bureau of Investigation or Criminal Investigative Task Force";**
7. **How the facilities transitioned from CIA "operational control" to DOD "operational control."**

We processed your request in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.  We completed a thorough search for records responsive to your request and located the enclosed document, consisting of three pages.  Please note that this document was previously released in conjunction with this or other release programs.

With respect to any other records, in accordance with Section 3.6(a) of Executive Order 13526, the CIA can neither confirm nor deny the existence or nonexistence of records responsive to your request.  The fact of the existence or nonexistence of such records is itself currently and properly classified and is intelligence sources and methods information protected from disclosure by

Section 6 of the CIA Act of 1949, as amended, and Section 102A(i)(l) of the National Security Act of 1947, as amended. Therefore, your request is denied pursuant to FOIA exemptions (b)(1) and (b)(3).

As the CIA Information and Privacy Coordinator, I am the CIA official responsible for this determination. You have the right to appeal this response to the Agency Release Panel, in my care, within 90 days from the date of this letter. Please include the basis of your appeal.

Please be advised that you may seek dispute resolution services from the CIA's FOIA Public Liaison or from the Office of Government Information Services (OGIS) of the National Archives and Records Administration. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. Please note, contacting CIA's FOIA Public Liaison or OGIS does not affect your right to pursue an administrative appeal.

| To contact **CIA** directly or to appeal the CIA's response to the Agency Release Panel: | To contact the **Office of Government Information Services (OGIS)** for mediation or with questions: |
|---|---|
| Information and Privacy Coordinator<br>Central Intelligence Agency<br>Washington, DC 20505<br>(703) 613-3007 (Fax)<br>(703) 613-1287 (CIA FOIA Public Liaison / FOIA Hotline) | Office of Government Information Services<br>National Archives and Records Administration<br>8601 Adelphi Road – OGIS<br>College Park, MD 20740-6001<br>(202) 741-5770<br>(877) 864-6448<br>(202) 741-5769 (Fax) / ogis@nara.gov |

If you have any questions regarding our response, you may contact the CIA's FOIA Hotline at (703) 613-1287.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

Enclosure