Central Intelligence Agency



Washington, D.C. 20505

15 July 2021

James G. Connell III, Esq.
Connell Law, L.L.C.
P.O. Box 141
Cabin John, MD 20818

Re: F-2017-01877; 21-cv-00627

Dear Mr. Connell:

This letter is a final response to your Freedom of Information Act (FOIA) request that was received on 23 May 2017 and revised on 8 March 2018 for records pertaining to:

1) Whether CIA "operational control" included only Camp 7 or extended to other facilities such as Echo 2;
2) What organization had decision-making authority over Camp 7;
3) Whether CIA "operational control" ended before or after 31 January 2007;
4) Whether the "operational control" involved CIA personnel, whether employees or contractors
5) Any detainee records maintained by the CIA during the period of "operational control," such as Detainee Inmate Management System records or the equivalent;
6) How other agencies would obtain access to detainees during the period of "operational control", such as a Memorandum of Understanding with the Federal Bureau of Investigation or Criminal Investigative Task Force;
7) How the facilities transitioned from CIA "operational control" to DOD "operational control."

We processed the request in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended.

We completed a thorough search for records that would reveal an unclassified or openly acknowledged association between the Agency and the subject of your request, and located two (2) documents, which we can release in segregable form with redactions made on the basis of FOIA exemptions (b)(1), (b)(3), (b)(5) and (b)(6). In addition, it has been determined that one (1) document must be denied in its entirety on the basis of FOIA exemptions (b)(1), (b)(3), and (b)(5). Exemption (b)(3) pertains to information exempt from disclosure by statute. The relevant statutes are Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, as amended, and Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), as amended.

In accordance with section 3.6(a) of Executive Order 13526, as amended, the CIA can neither confirm nor deny the existence or nonexistence of records that may reveal a classified connection between the Agency and the subject of your request. The fact of the existence or nonexistence of such records is itself currently and properly classified and relates to CIA intelligence sources and methods information that is protected from disclosure pursuant to FOIA exemptions (b)(1) and (b)(3). Exemption (b)(3) pertains to information exempt from disclosure by statute. In this case the relevant statutes are Section 6 of the CIA Act of 1949, 50 U.S.C. § 3507, as amended, and Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), as amended.

This concludes our response to the above referenced request.

Sincerely,

Mark Lilly
Information and Privacy Coordinator

F-2017-01877; 21-cv-00627

15 July 2021

RIPPUB:
C06902570
C06541712

DIF:
C06833121