*Connell v. CIA*, 21-0627 (D.D.C.) [FOIA Request No. F-2017-01877]

**Central Intelligence Agency *Vaughn* Index**

## C06833121 – DIF

- Date: unknown

- No. Pages: 34

- Exemptions Cited: (b)(1); (b)(3) (National Security Act); (b)(5)

- Description: This document consists of classified draft remarks/discussion points addressing a specific aspect of a sensitive Agency intelligence program/operation.

- Exemptions (b)(1) and (b)(3) (National Security Act) are asserted to protect certain material that is currently and properly classified under 1.4(c) of E.O. 13526 and reflects "intelligence activities (including covert action), [or] intelligence sources or methods."

    Exemption (b)(5) is asserted to protect intra-Agency pre-decisional analysis, recommendations, and deliberations among Agency personnel concerning revisions to a draft document. This document contains recommendations, assessments, and comments regarding draft language to be used in remarks. Disclosure of this document would reveal internal agency deliberations related to the preparation and revision of the draft document. The draft document also includes attorney-client privileged information protected under Exemption (b)(5)—specifically confidential legal advice from Agency attorneys regarding certain content.