# Attachment A

(TS// //NF) Ramzi bin al-Shibh was subjected to interrogation techniques and conditions of confinement that were not approved by CIA Headquarters. CIA interrogators used the CIA's enhanced interrogation techniques for behavior adjustment purposes, in response to perceived disrespect, and on several occasions, before bin al-Shibh had an opportunity to respond to an interrogator's questions or before a question was asked. The CIA's enhanced interrogation techniques were applied when bin al-Shibh failed to address an interrogator as "sir," when interrogators noted bin al-Shibh had a "blank stare" on his face, and when bin al-Shibh complained of stomach pain.[422] Further, despite CIA policy at the time to keep detainees under constant light for security purposes, bin al-Shibh was kept in total darkness to heighten his sense of fear.[423]

(TS// //NF) CIA psychological assessments of bin al-Shibh were slow to recognize the onset of psychological problems brought about, according to later CIA assessments, by bin al-Shibh's long-term social isolation and his anxiety that the CIA would return to using its enhanced interrogation techniques against him. The symptoms included visions, paranoia, insomnia, and attempts at self-harm.[424] In April 2005, a CIA psychologist stated that bin al-Shibh "has remained in social isolation" for as long as two and half years and the isolation was having a "clear and escalating effect on his psychological functioning." The officer continued, "in [bin al-Shibh's] case, it is important to keep in mind that he was previously a relatively high-functioning individual, making his deterioration over the past several months more alarming."[425] The psychologist wrote, "significant alterations to RBS'[s] detention environment must occur soon to prevent further and more serious psychological disturbance."[426] On September 5, 2006, bin al-Shibh was transferred to U.S. military custody at Guantanamo Bay, Cuba.[427] After his arrival, bin al-Shibh was placed on anti-psychotic medications.[428]

(TS// //NF) The CIA disseminated 109 intelligence reports from the CIA interrogations of Ramzi bin al-Shibh.[429] A CIA assessment, which included intelligence from his

---

[422] ▆ 10582 (242026Z FEB 03); ▆ 10627 (281949Z FEB 03)
[423] ▆ 10521 (191750Z FEB 03). The cable referred to keeping bin al-Shibh in darkness as a "standard interrogation technique." The same cable states that during the night of February 18, 2003, the light went out in bin al-Shibh's cell and that "[w]hen security personnel arrived to replace the bulb, bin al-Shibh was cowering in the corner, shivering. Security personnel noted that he appeared relieved as soon as the light was replaced."
[424] ▆ 1759 (021319Z OCT 04); HEADQUARTERS ▆ (040023Z NOV 05); ▆ 1890 (171225Z NOV 04); ▆ 1878 (140915Z NOV 04); ▆ 1930 (061620Z DEC 04); ▆ 2207 (111319Z APR 05); ▆ 2210 (141507Z APR 05); ▆ 2535 (051805Z JUL 05); ▆ 2589 (120857Z JUL 05); ▆ 2830 (291304Z AUG 05); ▆ 1890 (171225Z NOV 04); ▆ 1893 (200831Z NOV 04); CIA document entitled, "Detainee Talking Points for ICRC Rebuttal, ▆"; ▆ 2210 (141507Z APR 05); ▆ 2535 (051805Z JUL 05); ▆ 2210 (141507Z APR 05); ▆ 2535 (051805Z JUL 05); ▆ 2830 (291304Z AUG 05); ▆ 1930 (061620Z DEC 04); ▆ 2210 (141507Z APR 05)
[425] ▆ 2210 (141507Z APR 05)
[426] ▆ 2210 (141507Z APR 05)
[427] HEADQUARTERS ▆ (031945Z SEP 06)
[428] ▆ SITE DAILY REPORT - 24 MAY 07: ▆ 8904 (182103Z APR 08)
[429] See Volume II for additional information.