**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                )
ACLU and ACLU Foundation,       )
                                )
     Plaintiffs,                )
                                )
          v.                    )    Civil Action No. 13-1870
                                )    (JEB)
                                )
CENTRAL INTELLIGENCE AGENCY,    )
     et al.,                    )
                                )
     Defendants.                )
_____)

**DECLARATION OF NEAL HIGGINS**
**DIRECTOR, OFFICE OF CONGRESSIONAL AFFAIRS**
**<u>CENTRAL INTELLIGENCE AGENCY</u>**

I, NEAL HIGGINS, hereby declare and state:

1.   I am the Director of the Office of Congressional Affairs at the Central Intelligence Agency ("CIA" or "Agency"). I joined the CIA in June 2013 after working for the Senate Select Committee on Intelligence ("SSCI" or "Committee"), where I served as a senior advisor to Senators Bill Nelson and Martin Heinrich, regional monitor for the Persian Gulf, and budget monitor for the Federal Bureau of Investigation. Prior to joining the SSCI staff, I served as Senator Nelson's legislative director. Earlier in my career I worked as a member of the trial team prosecuting Slobodan Milosevic and as an associate attorney at the law firm of Sullivan & Cromwell LLP.

2.     As Director of the Office of Congressional Affairs, I am the principal advisor to the Director of the CIA on all matters concerning relations with the Congress.  My responsibilities include ensuring that the Congress is kept fully and currently informed of the Agency's intelligence activities via timely briefings and notifications, responding in a timely and complete fashion to congressional taskings and inquiries, tracking and advising on legislation that could affect the Agency, and educating CIA personnel about their responsibility to keep the Congress fully and currently informed.  One of the congressional oversight committees with which I regularly interact in this capacity is the SSCI, which authored the document described below.

3.     Through the exercise of my official duties, I am familiar with this civil action and the underlying Freedom of Information Act ("FOIA") request.  The purpose of this declaration is to explain my understanding of the creation and history of the document at issue in this litigation: the current version of the full 6,963-page report authored by the SSCI concerning the CIA's former detention and interrogation program (the "Full Report").  To provide context, this declaration also discusses the Executive Summary as well as the Findings and Conclusions of the SSCI's study (the "Executive Summary").

4.   As I explain in more detail below, the SSCI "approved" drafts of the Executive Summary and Full Report (collectively, the "Study") in December 2012 and transmitted copies of both documents to the Executive Branch for comment.  After the CIA submitted its comments, the SSCI made changes and decided in April 2014 to send an updated version of the Executive Summary -- but not the Full Report -- to the President for declassification.  The SSCI made additional changes to the Executive Summary and Full Report during the declassification process and publicly released a redacted, declassified version of the Executive Summary in December 2014.

5.   The statements in this declaration are based on my personal knowledge and information made available to me in my official capacity.  Specifically, these assertions are drawn from my own interactions with the SSCI, consultations with other CIA officials, a review of the relevant documentary record, and other information made available to me in my official capacity.

**I.   Plaintiffs' FOIA Request**

6.   By letter dated February 13, 2013, plaintiffs requested "disclosure of the recently adopted report of the Senate Select Committee on Intelligence relating to the CIA's post-9/11 program of rendition, detention, and interrogation." A true and correct copy of this letter is attached hereto as Exhibit A.

7.   The Agency responded by letter dated February 22, 2013, and advised plaintiffs that the requested report was a "Congressionally generated and controlled document that is not subject to the FOIA's access provisions" and, accordingly, the CIA informed plaintiffs that it could not accept the request.  A true and correct copy of this letter is attached hereto as Exhibit B.  This lawsuit followed.

8.   The SSCI continued to make changes to the Full Report during the pendency of this lawsuit.  The Agency now has at least three different versions of the Full Report in its possession: a December 2012 version, a Summer 2014 version, and the final December 2014 version.

9.   Plaintiffs submitted a new FOIA request on May 6, 2014 seeking "the updated version of the Senate Select Committee on Intelligence's Report."  A true and correct copy of this letter is attached hereto as Exhibit C.  The Agency has not issued a substantive response to that request.  The plaintiffs amended their complaint on June 5, 2014, to seek the release of the "Updated SSCI Report."  The Agency has interpreted this to refer to the most current and final version of the Full Report -- the December 2014 version.  I understand that the plaintiffs are no longer seeking the Executive Summary.

## II.  Initial Drafting of SSCI Work Product

10.  In its congressional oversight role, the SSCI advised the CIA in March 2009 that it planned to conduct a review of the CIA's former detention and interrogation program.  At the outset, the SSCI requested access to broad categories of CIA documents related to how the program was created, operated, and maintained, which would form the basis of SSCI's review.  Due to the volume and the highly sensitive and compartmented nature of the classified information at issue, the CIA determined that in order to properly safeguard classified equities, the SSCI's review of Agency records would need to take place at CIA facilities.

11.  Following discussions with the Committee, the CIA and SSCI reached an inter-branch accommodation that respected both the President's constitutional authorities over classified information and the Congress's constitutional authority to conduct oversight of the Executive Branch.  Under this accommodation, the CIA established a secure electronic reading room at an Agency facility where designated SSCI personnel could review these highly classified materials.  In addition, the CIA created a segregated network share drive at this facility that allowed members of the Committee and staffers to prepare and store their work product, including draft versions of the Full Report, in a secure environment.

12.   One key principle necessary to this inter-branch
accommodation, and a condition upon which SSCI insisted, was
that the materials created by SSCI personnel on this segregated
shared drive would not become "agency records" even if those
documents were stored on a CIA computer system or at a CIA
facility.  Specifically, in a June 2, 2009, letter from the SSCI
Chairman and Vice Chairman to the Director of the CIA, the
Committee expressly stated that the SSCI's work product,
including "draft and final recommendations, reports or other
materials generated by Committee staff or Members," are "the
property of the Committee" and "remain congressional records in
their entirety."  The SSCI further explained that the
"disposition and control over these records, even after the
completion of the Committee's review, lies exclusively with the
Committee."  As such, the Committee stated that "these records
are not CIA records under the Freedom of Information Act or any
other law" and that the CIA "may not integrate these records
into its records filing systems, and may not disseminate or copy
them, or use them for any purpose without prior written
authorization from the Committee."  Finally, the SSCI requested
that in response to a FOIA request seeking these records, the
CIA should "respond to the request or demand based upon the
understanding that these are congressional, not CIA, records."
The full passage reads as follows:

Any documents generated on the [segregated shared drive], as well as any other notes, documents, draft and final recommendations, reports or other materials generated by Committee staff or Members, are the property of the Committee and will be kept at the Reading Room [at an Agency facility] solely for secure safekeeping and ease of reference.  These documents remain congressional records in their entirety and disposition and control over these records, even after the Committee's review, lies exclusively with the Committee.  As such, these records are not CIA records under the Freedom of Information Act or any other law. The CIA may not integrate these records into its records filing systems, and may not disseminate or copy them, or use them for any purpose without authorization of the Committee.  The CIA will return the records to the Committee immediately upon request in a manner consistent with [security procedures outlined elsewhere].  If the CIA receives any request or demand for access to these records from outside the CIA under the Freedom of Information Act or any other authority, the CIA will immediately notify the Committee and will respond to the request or demand based upon the understanding that these are congressional, not CIA, records.

A true and correct copy of this letter is attached hereto as <u>Exhibit D</u>.

13.  Based on this inter-branch accommodation, SSCI personnel used the segregated shared drive to draft the document that is the subject of this litigation.  As sections of their work product reached a certain stage, the SSCI worked with the CIA information technology and security personnel to transfer these drafts from the segregated shared drive to the SSCI's secure facilities at the U.S. Capitol complex so that the SSCI could complete the drafting process in its own workspace.

14.  CIA understands that the SSCI made changes to its work product following the transfers.  Thus, it is the Agency's understanding that the draft versions of the Full Report and Executive Summary that SSCI approved in December 2012 do not reside in the CIA facility described in the preceding paragraph. Nonetheless, the restrictions governing the SSCI's initial work product have informed how the CIA has treated versions of the SSCI's work product in the Agency's possession.

**III. SSCI's Treatment of the Full Report**

   **A.   December 2012: Approval and Transmission of the Initial Draft**

15.  On December 13, 2012, the SSCI decided in closed session to "approve" a draft of the Study -- both the Executive Summary and the Full Report -- and transmit it to the Executive Branch for review.  The SSCI Staff Director notified the CIA and other federal agencies of the decision by e-mail that evening. He indicated that his staff would transmit a "limited number of hard copies" of the Study to the White House, the Office of the Director of National Intelligence, the CIA, and the Department of Justice for review.  He also noted that his staff would provide copies of the Study only to specific individuals identified in advance to the Chairman.  The Staff Director's e-mail indicates that these limitations on dissemination and access were imposed pursuant to "the motion adopted by the

Committee."  A true and correct copy of this e-mail (with appropriate redactions) is attached hereto as Exhibit E.

16.   Soon thereafter, the CIA provided the Committee with a list of Agency officers who would review the Executive Summary and Full Report on behalf of the CIA.  The Committee approved access for these individuals for the limited purpose of providing comments in response to the Study.  The CIA subsequently conducted a thorough review of the Study and drafted a lengthy response, a process that necessitated increasing the number of officers who had access to the Full Report or portions of the Full Report.  However, access to that version of the document remained confined to authorized CIA personnel with the requisite security clearances and a need-to-know, and for the limited purpose of assisting the Agency in its interactions with the SSCI with respect to the Study and the Agency's response.[1]

### B.   April 2014: SSCI's Decision to Send the Executive Summary to the President for Declassification

17.   The SSCI revised the Executive Summary and Full Report after considering the CIA's comments.  The SSCI then met in closed session on April 3, 2014, to determine the proper disposition of those documents.  The Committee ultimately

---

[1] In addition, a small number of Agency personnel have reviewed portions of the Full Report for the limited purpose of assessing the proper classification of its contents or responding to FOIA requests.

decided to approve the updated versions and to send the Executive Summary to the President for declassification and eventual public release.  My understanding is that the Committee did not approve declassification or release of the Full Report.

18.  Because the April 3, 2014, decision was made in closed session, the exact text of the motion approved by the Committee is not publicly available.  But it is clear from the public statements of SSCI members that the Committee did not decide to declassify or release the Full Report.  For example, the SSCI Chairman noted in a press release announcing the April 3 decision that the Full Report would be "held for declassification at a later time."  A true and correct copy of the press release is attached hereto as Exhibit F.  The Chairman later explained in her foreword to the Executive Summary that she "chose not to seek declassification of the full Committee Study at this time" because "declassification of the more than six thousand page report would have significantly delayed the release of the Executive Summary."[2]

**C.   December 2014: SSCI's Release of the Executive Summary**

19.  The SSCI and the Executive Branch had many discussions after April 2014 regarding the Executive Summary, and the SSCI continued to edit the document in light of those discussions.

---

[2] A copy of the Chairman's foreword is available on the SSCI website: www.intelligence.senate.gov/study2014.html.

It is my understanding that the SSCI also made conforming changes to the Full Report as it updated the Executive Summary.

20.   When the SSCI and the Executive Branch concluded their discussions, the Director of National Intelligence declassified a partially redacted version of the Executive Summary.  The SSCI then publicly released the Executive Summary, along with minority views and the additional views of various Committee members, on December 9, 2014.  To the best of my knowledge, that was the last official action of the full Committee in connection with its study of the CIA's detention and interrogation program.

**IV.  The CIA's Treatment of the Full Report**

21.   In addition to the December 2012 draft, the SSCI Chairman transmitted at least two updated versions of the Full Report to the President and other agencies.  The CIA received an updated version in the summer of 2014 and another updated version in December 2014.  The December 2014 version is considered the final version of the Full Report.

22.   All three versions of the Full Report are marked TOP SECRET, with additional access restrictions noted based on the sensitive compartmented information contained in them.  The Full Report discusses intelligence operations, foreign relations, and other classified matters at length and in great detail.

23.   The Agency has used the Full Report only for limited reference purposes.  When the SSCI provided the CIA with a copy

of the Full Report in December 2012, it did so for the sole purpose of allowing the Agency to review the document and provide comments.  Indeed, the Committee placed express restrictions on dissemination of the Full Report.  The CIA accordingly gave only a limited number of officers access to the December 2012 version of the Full Report for the limited purpose permitted by the SSCI: as a reference used when preparing the CIA's response.

24.  Access to the subsequent versions transmitted in the summer of 2014 and December 2014 has been even more tightly controlled by CIA, and their use by CIA has been limited to reference purposes.

\*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of January 2015.

_____
Neal Higgins
Director, Office of Congressional
 Affairs
Central Intelligence Agency

# Exhibit D

APPROVED FOR
RELEASE DATE:
14-Jan-2015

SECRET

# United States Senate

SELECT COMMITTEE ON INTELLIGENCE
WASHINGTON, DC 20510-6475

June 2, 2009

The Honorable Leon Panetta
Director
Central Intelligence Agency
Washington, D.C. 20505

Dear Director Panetta:

In a letter dated March 26, 2009, the Senate Select Committee on Intelligence (the Committee) informed the Central Intelligence Agency (CIA) of its intention to conduct a thorough review of the CIA's detention and interrogation program. The letter included terms of reference approved by the Committee, as well as a document request.

To conduct our work in a comprehensive and timely matter, the Committee requires access to unredacted materials that will include the names of non-supervisory CIA officers, liaison partners, black-site locations, or contain cryptonyms or pseudonyms. We appreciate the CIA's concern over the sensitivity of this information. Our staff has had numerous discussions with Agency officials to identify appropriate procedures by which we can obtain the information needed for the study in a way that meets your security requirements. We agree that the Committee, including its staff, will conduct the study of CIA's detention and interrogation program under the following procedures and understandings:

1. Pursuant to discussions between the Committee and CIA about anticipated staffing requirements, the CIA will provide all Members of the Committee and up to 15 Committee staff (in addition to our staff directors, deputy staff directors, and counsel) with access to unredacted responsive information. In addition, additional cleared staff may be given access to small portions of the unredacted information for the purpose of reviewing specific documents or conducting reviews of individual detainees. These Committee staff have or will have signed standard Sensitive Compartmented Information non-disclosure agreements for classified information in the compartment.

SECRET

APPROVED FOR
RELEASE DATE:
14-Jan-2015

SECRET

The Honorable Leon Panetta
June 2, 2009
Page Two

2. CIA will make unredacted responsive operational files, as that term is
defined in Section 701(b) of the National Security Act of 1947 (50 U.S.C.
431(b)), available at a secure Agency electronic Reading Room facility
(Reading Room) which will permit Committee staff electronic search, sort,
filing, and print capability.

3. If responsive documents other than those contained in operational files
identify the names of non-supervisory CIA officers, liaison partners, or
black-site locations, or contain cryptonyms or pseudonyms, CIA will
provide unredacted copies of those documents at the Reading Room.

4. Responsive documents other than those contained in operational files that do
not identify the names of non-supervisory CIA officers, liaison partners, or
black-site locations, or contain cryptonyms or pseudonyms will be made
available to the Committee in the Committee's Sensitive Compartmented
Information Facility (SCIF), unless other arrangements are made.

5. CIA will provide a stand-alone computer system in the Reading Room with
a network drive for Committee staff and Members. This network drive will
be segregated from CIA networks to allow access only to Committee staff
and Members. The only CIA employees or contractors with access to this
computer system will be CIA information technology personnel who will
not be permitted to copy or otherwise share information from the system
with other personnel, except as otherwise authorized by the Committee.

6. Any documents generated on the network drive referenced in paragraph 5, as
well as any other notes, documents, draft and final recommendations, reports
or other materials generated by Committee staff or Members, are the
property of the Committee and will be kept at the Reading Room solely for
secure safekeeping and ease of reference. These documents remain
congressional records in their entirety and disposition and control over these
records, even after the completion of the Committee's review, lies
exclusively with the Committee. As such, these records are not CIA records
under the Freedom of Information Act or any other law. The CIA may not

SECRET

C06274838

APPROVED FOR
RELEASE DATE:
14-Jan-2015

SECRET

The Honorable Leon Panetta
June 2, 2009
Page Three

integrate these records into its records filing systems, and may not
disseminate or copy them, or use them for any purpose without the prior
written authorization of the Committee. The CIA will return the records to
the Committee immediately upon request in a manner consistent with
paragraph 9. If the CIA receives any request or demand for access to these
records from outside the CIA under the Freedom of Information Act or any
other authority, the CIA will immediately notify the Committee and will
respond to the request or demand based upon the understanding that these
are congressional, not CIA, records.

7. CIA will provide the Committee with lockable cabinets and safes, as
required, in the Reading Room.

8. If Committee staff identifies CIA-generated documents or materials made
available in the Reading Room that staff would like to have available in the
Committee SCIF, the Committee will request redacted versions of those
documents or materials in writing. Committee staff will not remove such
CIA-generated documents or materials from the electronic Reading Room
facility without the agreement of CIA.

9. To the extent Committee staff seeks to remove from the Reading Room any
notes, documents, draft and final recommendations, reports or other
materials generated by Committee Members or staff, Committee staff will
ensure that those notes, documents, draft and final recommendations, reports
or other materials do not identify the names of non-supervisory CIA officers,
liaison partners, or black-site locations, or contain cryptonyms or
pseudonyms. If those documents contain such information, Committee staff
will request that CIA conduct a classification review to redact the above-
referenced categories of information from the materials or replace such
information with alternative code names as determined jointly by the
Committee and the CIA.

SECRET

APPROVED FOR
RELEASE DATE:
14-Jan-2015

SECRET

The Honorable Leon Panetta
June 2, 2009
Page Four

Any document or other material removed from the reading room pursuant to paragraphs 8, 9, or 10 will be stored in the Committee SCIF or transferred and stored on Committee TS//SCI systems, under Committee security procedures.

10. Any notes, documents, draft and final recommendations, reports or other materials prepared by Committee Members or Staff based on information accessed in the Reading Room will be prepared and stored on TS//SCI systems. Such materials will carry the highest classification of any of the underlying source materials. If the Committee seeks to produce a document that carries a different classification than the underlying source material, the Committee will submit that document to CIA, or if appropriate to the DNI, for classification review and, if necessary, redaction.

11. The Reading Room will be available from 0700 to 1900 hours, official government business days, Monday through Friday. If Committee staff requires additional time or weekend work is required, Committee staff will make arrangements with CIA personnel with as much advance notice as possible.

12. The Committee will memorialize any requests for documents or information in writing and CIA will respond to those requests in writing.

13. All Committee staff granted access to the Reading Room shall receive and acknowledge receipt of a CIA security briefing prior to reviewing CIA documents at the Reading Room.

SECRET

APPROVED FOR
RELEASE DATE:
14-Jan-2015

SECRET

The Honorable Leon Panetta
June 2, 2009
Page Five


We anticipate that agreement to these conditions will address your concerns about Committee access to unredacted materials responsive to the Committee's document request. We look forward to immediate staff access to those materials.

In addition, we expect that the discussions and agreements over access to the study information are a matter restricted to the Congress and the Executive branch. As such, neither this letter nor derivative documents may be provided or presented to CIA's liaison partners.

Sincerely,

Dianne Feinstein
Chairman

Christopher S. Bond
Vice Chairman

SECRET

# Exhibit E

UNCLASSIFIED          Director of Office of
                      Congressional Affairs

From: Grannis, D (Intelligence )  Subject:    SSCI report, reading
Date: 12/13/2012 05:18 PM        To

                                            Mark David Agrast

                                 Cc

Please respond to "Grannis, D
(Intelligence )"

[***** Document has been archived.  Click "Retrieve" button to retrieve document contents and
attachments. *****]

CLASSIFICATION: UNCLASSIFIED

The SSCI approved today its report on CIA Detention and Interrogation.
Per the motion adopted by the Committee, we will be transmitting to the White House, the ODNI, the CIA,
and the Department of Justice a limited number of hard copies of the report for review.
We will send an official transmittal letter tomorrow.
However, by explicit instruction of the Chairman, and as specified in the motion, we will only provide
copies of the report to specific individuals who are identified in advance to the Chairman (through me).

Regards,

David

David Grannis

Staff Director

Senate Select Committee on Intelligence

UNCLASSIFIED

Exhibit F

# United States Senator Dianne Feinstein

**Apr 03 2014**

## Intelligence Committee Votes to Declassify Portions of CIA Study

*Washington*—Senate Intelligence Committee Chairman Dianne Feinstein (D-Calif.) released the following statement after the committee voted to declassify the executive summary and conclusions of its landmark report on the CIA's Detention and Interrogation Program:

**"The Senate Intelligence Committee this afternoon voted to declassify the 480-page executive summary as well as 20 findings and conclusions of the majority's five-year study of the CIA Detention and Interrogation Program, which involved more than 100 detainees.**

**"The purpose of this review was to uncover the facts behind this secret program, and the results were shocking. The report exposes brutality that stands in stark contrast to our values as a nation. It chronicles a stain on our history that must never again be allowed to happen.**

**"This is not what Americans do.**

**"The report also points to major problems with CIA's management of this program and its interactions with the White House, other parts of the executive branch and Congress. This is also deeply troubling and shows why oversight of intelligence agencies in a democratic nation is so important.**

**"The release of this summary and conclusions in the near future shows that this nation admits its errors, as painful as they may be, and seeks to learn from them. It is now abundantly clear that, in an effort to prevent further terrorist attacks after 9/11 and bring those responsible to justice, the CIA made serious mistakes that haunt us to this day. We are acknowledging those mistakes, and we have a continuing responsibility to make sure nothing like this ever occurs again.**

**"The full 6,200-page full report has been updated and will be held for declassification at a later time.**

**"I want to recognize the tireless and dedicated work of the staff who produced this report over the past five years, under trying circumstances. They have made an enormous contribution. I also thank**

**the senators who have supported this review from its beginning and have ensured that we reached this point."**

**<u>Background</u>**

The report describes the CIA's Detention and Interrogation Program between September 2001 and January 2009. It reviewed operations at overseas CIA clandestine detention facilities, the use of CIA's so-called "enhanced interrogation techniques" and the conditions of the more than 100 individuals detained by CIA during that period.

The executive summary, findings, and conclusions—which total more than 500 pages—will be sent to the president for declassification review and subsequent public release. President Obama has indicated his support of declassification of these parts of the report and CIA Director Brennan has said this will happen expeditiously. Until the declassification process is complete and that portion of the report is released, it will remain classified.

The Senate Intelligence Committee initiated the study of CIA's Detention and Interrogation Program in March 2009. Committee staff received more than 6 million pages of materials, the overwhelming majority of which came from the CIA, but also included documents from the Departments of State, Justice and Defense. Committee staff reviewed CIA operational cables, memoranda, internal communications, photographs, financial documents, intelligence analysis, transcripts and summaries of interviews conducted by the CIA inspector general while the program was ongoing and other records for the study.

In December 2012, the committee approved the report with a bipartisan vote of 9-6 and sent it to the executive branch for comment. For the past several months, the committee staff has reviewed all comments by the CIA as well as minority views by committee Republicans and made changes to the report as necessary to ensure factual accuracy and clarity.

###

---

Permalink: http://www.feinstein.senate.gov/public/index.cfm/2014/4/senate-intelligence-committee-votes-to-declassify-portions-of-cia-detention-interrogation-study