# Attachment E

# OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE

L/C

## FACSIMILE TRANSMITTAL SHEET

| TO: Ashley Deeks | FROM: [(b)(1) (b)(3)] |
|---|---|
| ORGANIZATION: State - Legal | DATE: 11/21/06 |
| FAX NUMBER: (202) 647-6132 | TOTAL NUMBER OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: (202) 647-9598 | SENDER'S SECURE FAX NUMBER: (202) 201-1072 |
| RE: Inter-agency meeting on CSRT | SENDER'S PHONE NUMBER: (202) 201-1052 |

URGENT    FOR REVIEW    PLEASE COMMENT    PLEASE REPLY    PLEASE RECYCLE

Ashley —

Here is the rough agenda for the meeting on Wednesday Nov 29th at 9:30 in room S625 at Bolling. Please identify who will attend and let us know so we can clear them into the building. We would need name, SS#, DOB + vehicle license plate. Thanks

~~Secret~~

CLASSIFICATION

ACLU-RDI 5934 p.1

# Interagency Decisions Needed Regarding the 14 High Value Detainees

NOV. 21. 2006 12:42PM

~~SECRET-PREDECISIONAL~~

ACLU-RDI 5934 p.2

## Questions that Must be Answered Soon

1. A variety of people will be having access to written material about the CIA program and physical access to the detainees. What level of security clearance is required to adequately protect the classified information?
   - TS/SCI or TS/SCI ▮
   - Can different people have different levels of clearance? (Prosecutor versus guard?)

2. What should our media policy be for the detainees' CSRTs?
   - Press present for the testimony?
   - Press listening to the testimony after a short time delay?
   - Press being provided copies of transcripts and audiotapes several days later, following classification review?

3. How will this information be protected during the military commission proceedings?
   - Create a soundproof barrier in the courtroom?
   - Permit spectators to listen to the testimony after a short time delay?

4. Who should be permitted to have access to the detainees now? How should such access be regulated and by who?
   - Joint ▮ team to procure admissions for use at trial?
   - Other U.S. or foreign law enforcement or intelligence agencies?
   - Foreign law enforcement, intelligence agencies or government officials?
   - Lawyers (prosecutors, defense counsel, habeas counsel)?

SECRET-PREDECISIONAL

2.

ACLU-RDI 5934 p.3