UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action No. 21-0627 (CRC) |

## STATEMENT OF MATERIAL FACTS

Plaintiff submits that the following facts are not reasonably in dispute:

1. Plaintiff properly requested, with reasonable specificity, documents relating to CIA's operational control of Camp VII during the period September 2006 to January 2007. Plaintiff exhausted his administrative remedies.[1]

2. In December 2014, the Director of National Intelligence declassified information in the redacted Executive Summary of the Senate Select Committee on Intelligence Committee Study of the Central Intelligence Agency's Rendition and Detention Program, including CIA's operational control over Camp VII and the existence of specific documents illustrating CIA's operational control over Camp VII. These specific documents include the

---

[1] Doc. 14 Part II & Exhibits.

CIA-DOD Memorandum of Agreement, a May 24, 2007 Site Daily Report, and a cable identified as 8904 (182103Z APR 08).[2]

3. The Office of Military Commissions, Office of the Chief Prosecutor is an authorized agent representing the interests of CIA in the United States Military Commissions at Naval Station Guantanamo Bay.[3]

4. Original Classification Authorities, including CIA, review and redact as necessary military commission pleadings, orders, and transcripts prior to their public release. If OCAs, including CIA, permit the unredacted public release of information in military commissions pleadings, orders, and transcripts, CIA has declassified that information. In its classified review of pleadings, orders, and transcripts, CIA has repeatedly declassified the existence of documents regarding its operational control over Camp VII.[4]

5. As a general matter, CIA's operational control over Camp VII during the period September 2006 to January 2007 is unclassified. The existence of specifics of this operational control and documents illustrating such specifics is unclassified. Some specifics of this operational control and documents illustrating such specifics are classified.[5]

---

[2] Doc. 16 ¶ 7 & Exhibit B; Doc. 17 ¶ 6-9; Doc. 18 ¶ 5; Doc. 19, Exhibit B; Doc. 20 ¶¶ 10-19; Doc. 21 ¶¶ 5-6; Doc. 22, ¶¶ 10-12, Exhibits B, D-F.

[3] Doc. 16 ¶ 8; Doc. 17 ¶ 13; Doc. 22 ¶ 5.

[4] Doc. 16 ¶¶ 15, 18-19, Exhibit D; Doc. 17 ¶ 9-14, Exhibits B-D; Doc. 22 ¶¶ 16, 18, Exhibit G-I.

[5] Doc. 16 ¶¶ 10, 14; Doc. 17 ¶¶ 9-15; Doc. 22 ¶ 6-7, 14-15

Dated: April 28, 2022

> Respectfully submitted,
> JAMES G. CONNELL, III
> Pro se
> P.O. Box 141
> Cabin John, MD 20818-0141
> (703) 623-8410
> jconnell@connell-law.com