UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 21-0627 (CRC) |

## PROPOSED ORDER

Upon consideration of the arguments of counsel and the declarations advanced by the parties, I find that Defendant's *Glomar* assertion is not consistent with the law and the facts. Accordingly, Defendant's motion for summary judgment is hereby **DENIED**.

Defendant is hereby **ORDERED** to conduct a search in all locations likely to contain responsive documents no later than 90 days from the date of this order. Within 97 days of the day of this order, the parties shall file a Joint Status Report describing the results of Defendant's new search and a timeline for production of records and/or a *Vaughn* index regarding withheld records.