UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES CENTRAL INTELLIGENCE AGENCY, <br><br> *Defendant*. | Civil Action No. 21-0627 (CRC) |

**DEFENDANT'S UNOPPOSED MOTIONS FOR LEAVE TO FILE STATEMENT OF MATERIAL FACTS *NUNC PRO TUNC* AND TO MODIFY BRIEFING SCHEDULE**

Defendant, the United States Central Intelligence Agency, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b), for (a) leave to file Defendant's Statement of Material Facts *nunc pro tunc*; (b) a two-week extension of time until May 27, 2022, for Plaintiff to review the filing, and supplement, and (c) an extension of time until June 10, 2022, for Defendant to file its reply brief.

As grounds for this motion, Defendant states as follows:

1. Plaintiff filed the Complaint in this action on January 20, 2022. ECF No. 1 ("Compl."). The Complaint relates to nine (9) Freedom of Information Act ("FOIA") requests Plaintiff purportedly submitted in November 2021 to the Central Intelligence Agency. Compl. ¶ 6.

2. On March 29, 2022, Defendant filed its Motion for Summary Judgement, but in haste inadvertently omitted the filing the accompanying Statement of Material Facts. ECF Nos. 13, 14.

3. On April 28, 2022, Plaintiff filed his Memorandum in Opposition, and supporting declarations and other documents. ECF Nos. 16-23.

4. The undersigned respectfully requests leave to late file its statement of material facts, attached hereto as Exhibit 1.

5. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with the Plaintiff about the late filing and extensions *via* e-mail. Mr. Connell graciously agrees with the relief sought. Having Defendant's statement of material facts on the record will complete the record and assist the Court with resolving Defendant's motion for summary judgment.

6. This is Defendant's second request for an enlargement of time relating to this summary judgment briefing and first motion for leave to late file. Undersigned counsel apologizes to the Court and Plaintiff for the oversight and the associated disruption to the briefing schedule. Granting this motion and adopting the proposed extensions identified below will extend the briefing period by a few weeks but should not affect any other Court deadlines. Neither party will be prejudiced.

7. Defendant's proposal is:

(a) the Court shall accept and make part of the record Defendant's Statement of Material Facts attached hereto as Exhibit 1;

(b) Plaintiff shall have the opportunity to file a supplemental opposition or brief responding to the Statement of Facts by May 27, 2022;

(c) Defendant shall file its combined reply in support of its motion and opposition to Plaintiff's cross-motion is due by June 10, 2022.

7. A proposed order is attached.

//
//

Dated: May 13, 2022                    Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

                                          BRIAN P. HUDAK
                                          Acting Chief, Civil Division

                       By:     */s/ T Anthony Quinn*
                                          T. ANTHONY QUINN
                                          D.C. Bar No. 415213
                                          Assistant United States Attorney
                                          Civil Division
                                          555 Fourth St., NW
                                          Washington, D.C. 20530
                                          (202) 252-7558
                                          tony.quinn2@usdoj.gov

                                          *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

    *Plaintiff,*

v.

THE UNITED STATES CENTRAL
INTELLIGENCE AGENCY,

    *Defendants*.

Civil Action No. 21-0627 (CRC)

**[PROPOSED] ORDER**

The matter is before the Court upon the Defendant's unopposed motion for (a) leave to file its Statement of Material Facts *nunc pro tunc*; (b) a two-week extension of time for Plaintiff to review the filing, and supplement, and (c) an extension of time until June 10, 2022, for Defendant to file their reply brief and opposition to plaintiff's cross-motion for summary judgment. Upon consideration of the Defendant's unopposed motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED**, that the motion is **GRANTED**. It is further

**ORDERED**, that the Defendant's Statement of Material Facts is hereby made part of the record and the Clerk shall separately file it in a separate entry on the docket. It is further

**ORDERED**, that Plaintiff shall have the opportunity to file a supplemental opposition or brief by May 27, 2022. It is further

**ORDERED**, that Defendant shall file its combined reply in support of its motion and opposition to Plaintiff's cross-motion is due by June 10, 2022.

**SO ORDERED** this _____ day of _____, 2022.

_____
**CHRISTOPHER R. COOPER**
United States District Judge