UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | Civil Action No. 21-0627 (CRC) |

## SUPPLEMENTAL BRIEF IN OPPOSITION TO
## DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS

On May 13, 2022, Defendant CIA submitted a proposed statement of undisputed facts.[1] Following a Minute Order on May 17, the proposed statement was filed *nunc pro tunc*. Plaintiff addressed the issues in the proposed statement of facts in his Brief in Opposition,[2] but summarizes his position here for completeness of the record. Plaintiff does not contest ¶¶ 1-11 or 15-19 of CIA's proposed statement of facts.

Paragraphs 12-14 improperly conclude that CIA's limitation of its search to previously-reviewed records was reasonable. As documented in CIA's ¶ 15 and explained in Plaintiff's Brief in Opposition at 29-30, CIA did not have search all "pertinent records" in a manner "reasonably calculated to locate[] responsive documents."[3] CIA did limit its search as stated in its ¶ 14, but its limit was not co-

---

[1] Doc. 25.

[2] Doc. 23.

[3] Doc. 25 at ¶¶ 12-13.

extensive with "records that would reveal an unclassified or openly acknowledged relationship."[4] Rather, its search was limited to a database of already-reviewed or released documents, which excludes unreviewed documents that would reveal an unclassified or openly acknowledged relationship with Camp VII.[5]

Although the fact in ¶ 20 that CIA issued a *Glomar* response is undisputed, the classification or not of the existence of responsive records is hotly in dispute.[6] In three declarations,[7] Plaintiff seriously contested Ms. Blaine's contention that the existence or not or responsive documents is a classified fact. These declarations call CIA's claims into question by contradictory evidence in the record, prohibiting summary judgment.[8]

Dated: May 25, 2022

                                              Respectfully submitted,
                                              JAMES G. CONNELL, III
                                              Pro se
                                              P.O. Box 141
                                              Cabin John, MD 20818-0141
                                              (703) 623-8410
                                              jconnell@connell-law.com

---

[4] Doc. 25 ¶ 14.

[5] *Id.* ¶ 15.

[6] *See* Doc. 23 at 8-28.

[7] Docs. 16, 17, & 22.

[8] *See EPIC v. NSA*, 678 F.3d 926, 931 (D.C. Cir. 2012).