UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant*. | Civil Action No. 21-0627 (CRC) |

### DEFENDANT'S MOTION TO MODIFY BRIEFING SCHEDULE BY TRUNCATING LAST DEADLINE

Defendant, the Central Intelligence Agency ("CIA"), by and through undersigned counsel, respectfully moves to modify the Court's May 17, 2022, Minute Order by truncating the deadline for Plaintiff to file a reply because there is no associated cross-motion on file for any such reply to support. Plaintiff opposes the proposed modification of the briefing schedule.

### BACKGROUND

1. This case involves Plaintiff's Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request for documents related to the "operational control" by the CIA of Guantanamo Bay detainees from September 1, 2006, to January 31, 2007. Compl. ¶¶ 1, 8, 10

2. On March 29, 2022, Defendant filed its Motion for Summary Judgement, but in haste omitted the filing of the Statement of Material Facts. ECF Nos. 13, 14.

3. On April 28, 2022, Plaintiff filed his Memorandum in Opposition, and supporting declarations and documents. ECF Nos. 16-23.

4. On May 13, 2022, Defendant filed an unopposed Motion for Leave to File Statement of Material Facts *nunc pro tunc* and to Modify Briefing Schedule. ECF No. 24. As to the briefing schedule, Defendant proposed:

> (a) the Court shall accept and make part of the record Defendant's Statement of Material Facts attached hereto as Exhibit 1;
>
> (b) Plaintiff shall have the opportunity to file a supplemental opposition or brief responding to the Statement of Facts by May 27, 2022;
>
> (c) Defendant shall file its combined reply in support of its motion *and opposition to Plaintiff's cross-motion* is due by June 10, 2022.

ECF No. 24 ¶ 7 (emphasis added).

5. On May 17, 2022, the Court entered a Minute Order

> granting 24 Motion for Leave to File Statement of Material Facts Nunc Pro Tunc and Modify the Briefing Schedule. The [24-1] Defendant's Statement of Undisputed Material Facts is hereby made part of the record. The following deadlines shall apply: Plaintiff shall file any supplemental opposition brief by May 27, 2022; Defendant shall file its combined reply and opposition by June 10, 2022; *Plaintiff shall file any reply by June 24, 2022*.

May 17, 2022, Minute Order. ECF No. 24 (emphasis added).

6. On May 17, 2022, Defendant's Statement of Undisputed Material Facts was made part of the record. ECF No. 25.

7. On May 25, 2022, Plaintiff filed a Supplemental Brief in Opposition to Defendant's Statement of Undisputed Material Facts. ECF No. 26.

8. Defendant now respectfully seeks modification to make its reply the last brief filed on the current dispositive motion schedule. Plaintiff filed an Opposition to Defendant's Motion for Summary Judgment and did not file a cross-motion. Also, Plaintiff has filed an opposition to Defendant's Statement of Undisputed Material Facts. Given that Plaintiff did not file a cross-motion for summary judgment, Plaintiff has no need and is not permitted under the Court's local

rules to file a reply. To permit any further submission by Plaintiff would grant leave for a sur-reply before any grounds for one could even exist. The Court's May 17, 2022, Minute Order perhaps tracked the inartful reference to a non-existent cross-motion in Defendant's motion for leave to file its statement of facts, and Defendant's undersigned counsel apologizes to the Court for creating this imprecision. But without a pending cross-motion, Plaintiff should have no need for any reply. Because part of Plaintiff's claims in this case includes a request for attorney's fees, Defendant respectfully requests that the ordinary rules of motion presentation be followed such that Defendant has the last word. *Cf.* Fed. R. Civ. P. 1; Local Civ. R. 7.

8. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with the Plaintiff about the substance of this motion for clarification *via* e-mail. Plaintiff opposes the Defendant's motion.

9. A proposed order is attached.

Dated: June 10, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

By:   <u>/s/ T Anthony Quinn</u>
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, D.C. 20530
(202) 252-7558
tony.quinn2@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLUMBIA

JAMES G. CONNELL, III,

    *Plaintiff,*

    v.                                              Civil Action No. 21-0627 (CRC)

CENTRAL INTELLIGENCE AGENCY*,*

    *Defendant*.

## [PROPOSED] ORDER

The matter is before the Court upon the Defendant's Motion to Modify the Briefing Schedule. Upon consideration of the Defendant's motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED**, that the motion is **GRANTED**. It is further

**ORDERED**, that the June 24, 2022 deadline for Plaintiff's reply in the May 17, 2022, Minute Order is hereby stricken.

**SO ORDERED** this _____ day of _____, 2022.

                                                                                    **CHRISTOPHER R. COOPER**
                                                                                    United States District Judge