# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**JAMES G. CONNELL, III**,

    Plaintiff,

    v.

**UNITED STATES CENTRAL INTELLIGENCE AGENCY**,

    Defendant.

Case No. 21-cv-627 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [13] Defendant's Motion for Summary Judgment is **GRANTED**.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: March 29, 2023