UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>    Defendant. | Civil Action No. 1:21-cv-00627-CRC |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

The Clerk will please note the appearance of the undersigned as counsel of record for the Plaintiff.

Dated: May 25, 2023

        Respectfully Submitted,

        */s/ Brett M. Kaufman*
        Brett M. Kaufman (D.C. Bar No. NY0224)
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor
        New York, NY 10004
        (212) 549-2603
        bkaufman@aclu.org

        *Counsel for Plaintiff*