UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES G. CONNELL, III,<br><br>   Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>   Defendant. | Civil Action No. 1:21-cv-00627-CRC |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, James G. Connell, III, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's March 29, 2023 Order and Judgment, ECF No. 29, and Memorandum Opinion, ECF No. 30.

Dated: May 25, 2023

Respectfully Submitted,

*/s/ Brett M. Kaufman*
Brett M. Kaufman (D.C. Bar No. NY0224)
American Civil Liberties UnionFoundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2603
bkaufman@aclu.org

*Counsel for Plaintiff*